No. 77–5408. BANKS *v.* REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–5409. PATTERSON ET AL. *v.* LEEKE ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5412. GORDON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–5413. MANVILLE *v.* EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77–5416. CONDO *v.* VINDICATOR PRINTING CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–5417. BROWN *v.* MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–5420. HOFFMAN *v.* BUONINFANTE. Ct. App. N. Y. Certiorari denied.

No. 77–5425. MOBLEY *v.* RISTAINO. C. A. 1st Cir. Certiorari denied.

No. 77–5437. MORELLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5446. MUNGO *v.* LAVALLEE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–5453. GOLDBACH *v.* CALIFORNIA SUPREME COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–5457. WISE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5462. DAVIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.